IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BERNARD SMITH, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JIMMY CRUZEN, et al., ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> AND RELATED CASES. ) <br> ) <br> _____ ) | No. C 14-4791 LHK (PR) <br> C 15-1739 LHK (PR) <br> C 15-1891 LHK (PR) <br> C 15-2025 LHK (PR) <br> C 15-2041 LHK (PR) <br> C 15-2017 LHK (PR) <br> C 15-2121 LHK (PR) <br> C 15-2122 LHK (PR) <br> C 15-2205 LHK (PR) <br> C 15-2487 LHK (PR) <br><br> ORDER REFERRING CASES <br> TO FEDERAL PRO SE <br> PROGRAM |

Plaintiffs, state prisoners at San Quentin State Prison proceeding *pro se*, each filed a civil rights complaint under 42 U.S.C. § 1983. The complaints allege the same set of facts, and raise the same claims. After a review of the complaints, the court has determined that these cases are suitable for early settlement proceedings. The court believes that the parties would be best served by having one unified settlement proceeding before U.S. Magistrate Judge Nathanael Cousins so that perhaps a global settlement of all the claims of all the plaintiffs against all the defendants may be reached.

Recognizing that this might be a complicated undertaking, the court has determined that plaintiffs could likely benefit from the appointment of counsel in the settlement proceeding. Thus, these cases are referred to Kevin Knestrick of the Federal Pro Se Program to find counsel.

1  Upon an attorney being located to represent plaintiffs, that attorney shall be appointed as counsel
2  for plaintiffs for the limited purpose of representing plaintiffs in connection with the settlement
3  proceeding.
4      All briefing schedules are vacated.  These cases are stayed and administratively closed
5  until ordered otherwise.

6      IT IS SO ORDERED.

7  DATED:  November 30, 2015      *Lucy H. Koh*

    LUCY H. KOH
8      United States District Judge