IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BERNARD SMITH, JR., ) | No. C 14-4791 LHK (PR) |
| ) | C 15-1739 LHK (PR) |
| Plaintiff, ) | C 15-1891 LHK (PR) |
| ) | C 15-2025 LHK (PR) |
| v. ) | C 15-2041 LHK (PR) |
| ) | C 15-2017 LHK (PR) |
| JIMMY CRUZEN, et al., ) | C 15-2121 LHK (PR) |
| ) | C 15-2122 LHK (PR) |
| Defendants. ) | C 15-2205 LHK (PR) |
| ) | C 15-2487 LHK (PR) |
| ) | |
| AND RELATED CASES. ) | ORDER APPOINTING COUNSEL |
| ) | |

Plaintiffs, state prisoners at San Quentin State Prison proceeding *pro se*, each filed a civil rights complaint under 42 U.S.C. § 1983. The court reviewed each of the complaints in these related cases, and determined that the cases were suitable for an early settlement proceeding. On November 30, 2015, the court referred the cases to the Federal Pro Se Program to locate pro bono counsel for the limited purpose of representing plaintiffs in the settlement proceeding.

The Federal Pro Se Program has informed the court that Courtland L. Reichman and Bahrad A. Sokhansnaj of McKool Smith, located at 255 Shoreline Drive, Suite 510, Redwood Shores, CA 94065, have agreed to serve as appointed pro bono counsel for plaintiffs. Thus, Courtland L. Reichman and Bahrad A. Sokhansnaj are hereby APPOINTED as counsel for plaintiffs pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project

Order Appointing Counsel
P:\PRO-SE\LHK\CR.14\Smith791apptcounsel.wpd

guidelines.

The scope of this referral is for the limited purpose of representing plaintiffs in connection with the settlement proceeding. Counsel for plaintiffs and defendants shall coordinate with Lili Harrell, the Courtroom Deputy for Magistrate Judge Nathanael Cousins, to coordinate a time and date for a settlement conference with all interested parties and/or their representatives. These cases shall continue to be stayed and administratively closed until ordered otherwise.

IT IS SO ORDERED.

DATED: 12/14/2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Appointing Counsel
P:\PRO-SE\LHK\CR.14\Smith791apptcounsel.wpd